IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SYDNEY ROGERS. | ) |
| Plaintiffs | ) ) ) |
| v. | ) ) Civil Action No: 1:20-cv-107-LO-JFA |
| ETHICON, INC. and JOHNSON & JOHNSON | ) ) ) ) |
| Defendants. | ) ) ) |

## ORDER

This matter comes before the Court on the Joint Stipulation of Dismissal Without Prejudice (Dkt 45) filed by the parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby

**ORDERED** that the Plaintiff's Complaint against Defendants is **DISMISSED** without prejudice. Each party shall bear its own costs and fees.

This case is final and the Clerk is directed to close the case.

_____
Liam O'Grady
United States District Judge

Alexandria, Virginia
March 31 2020